IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MR. MAURICE M.M. NEWSUAN,

    Plaintiff,

v.

MR. COLON, et al.,

    Defendants.

CIVIL ACTION
NO. 13-1199

## ORDER

**AND NOW**, this 2nd day of August 2013, upon consideration of Defendant Harding's Motion to Dismiss (Doc. No. 20) and Memorandum of Law in Support (Doc. No. 21), Plaintiff's Response in Opposition (Doc. No. 23), and in accordance with the Opinion of the Court issued this day, it is **ORDERED** as follows:

1. Defendant Harding's Motion to Dismiss (Doc. No. 20) is **GRANTED**.

2. Defendant Harding is **DISMISSED** as a Defendant.

3. For reasons stated in the Opinion of the Court issued this day, Defendants City of Philadelphia, Lt. Mr. Roth, C/O Oterlyn, and C/O Sterling are **DISMISSED** as Defendants.

4. Defendant Colon is Ordered to file an answer to the Amended Complaint (Doc. No. 18) by August 14, 2013.

BY THE COURT:

*Joel Slomsky*
JOEL H. SLOMSKY, J.